UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD BRIAN LITZ,<br><br>    Defendant. | Case No. CR 10-00599 WHA<br><br>~~[PROPOSED]~~ PRELIMINARY ORDER OF FORFEITURE |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's plea of guilty on June 7, 2011 wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. Six Dell laptop computers;
2. Fargo HDP5000 Laminator, Model D850190, SN A9500655L
3. Zebra P430i Dual-Sided Color printer, SN 88J094700111
4. Zebra QuikCard ID Solution printer, Model P120i, SN 81J093500493

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and

serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this 26 day of September 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE